UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE M. GRYGORFAN,<br><br>Defendant. | Case No.: 15CR2002-GPC<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 1015-<br>Naturalization Fraud. |

The United States Attorney charges:

On or about May 23, 2013, within the Southern District of California, defendant JESSE M. GRYGORFAN, did knowingly make a false statement under oath, on Form N-648 (Medical Certification for Disability Exceptions), by claiming that an applicant was incapable of taking the civics and language examination due to mental infirmity, when in fact he knew that was false, all in a matter relating to a law of the United States concerning naturalization and citizenship, in violation of Title 18, United States Code, Section 1015(a).

DATED: July 28, 2015.

FILED

AUG - 5 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LAURA E. DUFFY
United States Attorney

MICHAEL G. WHEAT
Assistant U.S. Attorney

MGW:g 7/28/2015